**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Tai C. Bogan (SBN 241784)**
**THE BOGAN LAW FIRM, PC**
615 13th Street, Suite A
Modesto, CA 95354
T: (209) 566-9591
F: (209) 566-9668
e-mail: tai.bogan@theboganlawfirm.com

*Attorneys for Plaintiff*,
JACOB SERVIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SERVIN, | ) Case No. 2:20-cv-02445-WBS-KJN |
| Plaintiff, | ) **STIPULATION FOR THE FILING OF A FIRST AMENDED COMPLAINT IDENTIFYING DOES 1-6 AND 8, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2); STIPULATION AND ORDER FOR EXTENSION OF TIME FOR TO-BE-NAMED DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT AFTER ITS FILING, PURSUANT TO LOCAL RULE 144(a)** |
| vs. | |
| SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant JOHN DOE 8; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 1-5; San Joaquin County Sheriff's Office Custody Line Officers JANE DOES 6 and 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and, DOES 12-75, individually, jointly and severally, | |
| Defendants. | |

Stip. For Filing of FAC; Stip. & Order for EOT for Filing of Responsive Pleadings
*Servin v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No. 2:20-cv-02445-WBS-KJN                                                                    1

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, hereby respectfully stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate to the filing of a First Amended Complaint by Plaintiff, which identifies and names the following previously identified DOE Defendants: San Joaquin County Custody Division Sergeant RUBEN RODRIGUEZ, and San Joaquin County Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER. This First Amended Complaint will be filed after the filing of this stipulation.

2. Pursuant to this stipulation, the date of service of the First Amended Complaint will be the date of its filing, unless otherwise noted by virtue of the filing of a separate Return of Service as to any of these individual Defendants.

3. Under Local Rule 144(a), the parties, through their respective counsel of record, also stipulate to an extension of 30 days from the date of service (whether it is effected electronically on counsel, or it is effected personally, in which case a separate Return of Service will be filed) for the to-be-added Defendants, RUBEN RODRIGUEZ, GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER to respond to the complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 6, 2021                  Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**THE BOGAN LAW FIRM, PC**


*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Stip. For Filing of FAC; Stip. & Order for EOT for Filing of Responsive Pleadings
*Servin v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No. 2:20-cv-02445-WBS-KJN                               2

Dated: December 6, 2021               Respectfully Submitted,

**MAYALL HURLEY, P.C.**

*/s/ Mark E. Berry*\*
By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and
SHERIFF PATRICK WITHROW

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## **ORDER**

GOOD CAUSE having been shown, the foregoing stipulation for an extension of time for responsive pleadings to be filed by the to-be-added Defendants is HEREBY GRANTED.

**IT IS SO ORDERED.**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2021

Stip. For Filing of FAC; Stip. & Order for EOT for Filing of Responsive Pleadings
*Servin v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No. 2:20-cv-02445-WBS-KJN                                     3