| | |
|---|---|
| Sanjay S. Schmidt, Esq. | Tai C. Bogan, Esq. |
| **LAW OFFICE OF SANJAY S. SCHMIDT** | **THE BOGAN LAW FIRM, PC** |
| 1388 Sutter St., Suite 810 | 615 13th Street, Suite A |
| San Francisco, CA  94109 | Modesto, CA  95354 |
| Telephone: (415) 563-8583 | Telephone: (209) 566-9591 |
| Fax: (415) 223-9717 | Fax: (209) 566-9668 |
| ss@sanjayschmidtlaw.com | tai.bogan@theboganlawfirm.com |
| Attorneys for Plaintiff, | Attorneys for Plaintiff, |
| JACOB SERVIN | JACOB SERVIN |

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW
San Joaquin County Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody
Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK
RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SERVIN, an individual, | Case No. 2:20-cv-02445-WBS-KJN |
| Plaintiff, | **STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER [ECF NO. 9]; ORDER** |
| vs. | |
| SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ; San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, and ZACHARY THOMPSON; San Joaquin County Sheriff's Office Custody Line Officers KACEY FOSTER and JANE DOE 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and DOES 12-70, individually, jointly and severally, | |
| Defendants. | |

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the court:

WHEREAS, the plaintiff filed his First Amended Complaint on December 3, 2021, naming RUBEN RODRIGUEZ, GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER as individual defendants.

WHEREAS, on January 19, 2022, the newly named individual defendants filed responsive pleadings.

WHEREAS, following meet and confer efforts, the plaintiff and his counsel are unable to be present for his deposition until July 5, 2022.

WHEREAS, in order to complete both expert and fact related discovery to include the depositions of the plaintiff's treating physicians and the scheduling of an independent medical examination, as well as to complete the depositions of the defendants and accommodate the schedules of deponents and counsel as much as possible, the parties stipulate and request that the court extend the case schedule as set forth below.

This is the first request by the parties to modify the scheduling order.

The following reflects the court's current schedule and the requested extension:

| ACTIVITY | CURRENT DEADLINES | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | June 3, 2022 | August 2, 2022 |
| Expert Rebuttal | July 1, 2022 | September 2, 2022 |
| Discovery Cutoff | August 2, 2022 | September 30, 2022 |
| Last date for filing dispositive motions | September 13, 2022 | October 28, 2022 |

//
//
//

_____
Page 2
STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER [ECF 9]; [PROPOSED] ORDER

IT IS SO STIPULATED AND AGREED.

DATED: April 22, 2022                    **LAW OFFICE OF SANJAY S. SCHMIDT**
                                         **-and-**
                                         **THE BOGAN LAW FIRM, PC**


                                         By*/s/ Sanjay S. Schmidt (as authorized on 4/22/22)*
                                              SANJAY S. SCHMIDT
                                              Attorneys for Plaintiff,
                                              JACOB SERVIN


DATED: April 22, 2022                    **MAYALL HURLEY, P.C.**


                                         By    */s/ Mark E. Berry*
                                              MARK E. BERRY
                                              SHANE M. HOOVER
                                              Attorneys for Defendants,
                                              COUNTY OF SAN JOAQUIN, SHERIFF
                                              PATRICK WITHROW, San Joaquin County
                                              Sheriff's Office Custody Division Sergeant
                                              RUBEN RODRIGUEZ, San Joaquin County
                                              Sheriff's Office Custody Line Officers
                                              GARRETT BERGREN, EMMANUEL
                                              FLORES, MARIO RODRIGUEZ, MARK
                                              RODRIGUEZ, ZACHARY THOMPSON,
                                              and KACEY FOSTER

∗Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

GOOD CAUSE having been shown, the foregoing stipulation for an extension of certain deadlines in the Pretrial Scheduling Order is HEREBY GRANTED, and dates are reset as follows:

Rule 26(a)(2) Expert Disclosure:  August 2, 2022

Expert Rebuttal:  September 2, 2022

Discovery Cutoff:  September 30, 2022

Last date for filing dispositive motions:  October 28, 2022

Pretrial Conference:  **December 19, 2022 at 1:30 p.m.**

Jury Trial:  **February 28, 2023 at 9:00 a.m.**

_____

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE