| | |
|---|---|
| Sanjay S. Schmidt, Esq.<br>**LAW OFFICE OF SANJAY S. SCHMIDT**<br>1388 Sutter St., Suite 810<br>San Francisco, CA  94109<br>Telephone: (415) 563-8583<br>Fax: (415) 223-9717<br>ss@sanjayschmidtlaw.com | Tai C. Bogan, Esq.<br>**THE BOGAN LAW FIRM, PC**<br>615 13th Street, Suite A<br>Modesto, CA  95354<br>Telephone: (209) 566-9591<br>Fax: (209) 566-9668<br>tai.bogan@theboganlawfirm.com |
| Attorneys for Plaintiff,<br>JACOB SERVIN | Attorneys for Plaintiff,<br>JACOB SERVIN |

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW
San Joaquin County Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody
Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK
RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SERVIN, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ; San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, and ZACHARY THOMPSON; San Joaquin County Sheriff's Office Custody Line Officers KACEY FOSTER and JANE DOE 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and DOES 12-70, individually, jointly and severally,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-02445-WBS-KJN<br><br>**STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER (ECF NO. 27);  ORDER** |

Page 1
STIPULATION TO EXTEND PRETRIAL SCHEDULING ORDER (ECF No.  27)

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the court:

WHEREAS, the Plaintiff filed his First Amended Complaint on December 3, 2021, naming RUBEN RODRIGUEZ, GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER as individual defendants.

WHEREAS, Plaintiff and Defendants long ago completed their initial, Rule 26(a)(1) disclosures, and have both exchanged written discovery requests and responses.

WHEREAS, Defendants have taken the Plaintiff's deposition, and Plaintiff's counsel has requested available dates for the depositions of Defendants and other County of San Joaquin employees. At least one named Defendant is no longer employed by the County, and securing her deposition will require some additional time.

WHEREAS, Defendants' lead counsel, Mark. E. Berry, required emergency hospitalization on September 20, 2022, and remained hospitalized until September 27, 2022. Mr. Berry suffered a near-fatal double pulmonary embolism with associated bi-lateral pneumonia. Upon Mr. Berry's release from the hospital, he was unable to work and has been placed on a limited work schedule until at least November 3, 2022.

WHEREAS, due to unforeseen demands in other matters, the undersigned Plaintiff's counsel has had an extremely impacted calendar throughout the entirety of September, which continues through October; and the undersigned Plaintiff's counsel will need to travel out of town to assist a family member with their recovery after a surgery that will be taking place on November 7, 2022, for an indeterminate amount of time thereafter.

WHEREAS, although the defense has conducted a physical examination of Plaintiff by their retained expert, Mr. Berry and Plaintiff's lead counsel, Mr. Schmidt, also will need to agree upon a stipulation for a Rule 35 mental examination of Plaintiff, to be conducted by a defense expert, in view of the nature of the harms asserted by Plaintiff as a result of the head trauma he suffered. Scheduling that exam and receiving the ensuing report will take additional time.

WHEREAS, in order to complete both expert and fact related discovery, to include the Defendants' Rule 35 medical examination of the Plaintiff, as well as for Plaintiff to complete the depositions of the Defendants and other witnesses and simultaneously accommodate the schedules of deponents and counsel as much as possible, and taking into account Mr. Berry's limited work schedule, the parties respectfully stipulate and request that the court extend the current deadlines in the Pretrial Scheduling Order by approximately 120-days, as set forth below. Although the parties propose dates for the Pretrial Conference and Jury Trial, the undersigned counsel recognize that the proposed dates may not comport with the Court's calendar and availability; consequently, if the proposed dates are unavailable, counsel understands that the Court may set alternative dates. If possible, counsel requests that the Court advise counsel of available dates for the Pretrial Conference and Jury Trial, and afford counsel the opportunity to submit a joint statement with dates on which counsel are available.

This is the third stipulated request by the parties to modify the scheduling order. *See* ECF Nos. 24-26.

The following reflects the court's current schedule and the requested extension:

| ACTIVITY | CURRENT DEADLINES | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | November 1, 2022 | March 1, 2023 |
| Expert Rebuttal | December 5, 2022 | April 4, 2023 |
| Discovery Cutoff | December 30, 2022 | May 1, 2023 |
| Last date for filing dispositive motions | January 26, 2023 | May 26, 2023 |
| Pretrial Conference | April 10, 2023, at 1:30 p.m. | August 8, 2023, at 1:30 p.m. |
| Jury Trial | July 5, 2023, at 9:00 a.m. | November 1, 2023, at 9:00 a.m. |

//

//

_____

Page 3
STIPULATION TO EXTEND PRETRIAL SCHEDULING ORDER (ECF No. 27)

1     IT IS SO STIPULATED AND AGREED.

2                       Respectfully Submitted,

3 Dated: October 13, 2022     **LAW OFFICE OF SANJAY S. SCHMIDT**
                                            **-and-**
                                            **THE BOGAN LAW FIRM, PC**

                                        */s/ Sanjay S. Schmidt*
                                        By: Sanjay S. Schmidt
                                        Attorneys for Plaintiff,
                                        JACOB SERVIN

Dated: October 13, 2022                   Respectfully Submitted,

                                        **MAYALL HURLEY, P.C.**

                                        */s/ Mark E. Berry*\*
                                        By: MARK E. BERRY
                                        SHANE M. HOOVER
                                        Attorneys for Defendants,
                                        COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW, San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

//
//
//
//
//
//
//
//
//
//
//
//
//

___

Page 4
STIPULATION TO EXTEND PRETRIAL SCHEDULING ORDER (ECF No. 27)

# **ORDER**

GOOD CAUSE having been shown, the foregoing stipulation for an extension of certain deadlines in the Pretrial Scheduling Order is HEREBY GRANTED, and the dates are reset as follows:

| | |
|---|---|
| Rule 26(a)(2) Expert Disclosure: | March 1, 2023 |
| Expert Rebuttal: | April 4, 2023 |
| Discovery Cutoff: | May 1, 2023 |
| Last date for filing dispositive motions: | May 26, 2023 |
| Pretrial Conference: | **August 14, 2023, at 1:30 p.m.** |
| Jury Trial: | **October 31, 2023, at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  October 13, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE