1  Sanjay S. Schmidt, Esq.                         Tai C. Bogan, Esq.
   **LAW OFFICE OF SANJAY S. SCHMIDT**            **THE BOGAN LAW FIRM, PC**
2  1388 Sutter St., Suite 810                      615 13th Street, Suite A
   San Francisco, CA  94109                        Modesto, CA  95354
3  Telephone: (415) 563-8583                       Telephone: (209) 566-9591
   Fax: (415) 223-9717                             Fax: (209) 566-9668
4  ss@sanjayschmidtlaw.com                         tai.bogan@theboganlawfirm.com

5  Attorneys for Plaintiff,                        Attorneys for Plaintiff,
   JACOB SERVIN                                    JACOB SERVIN
6
   **MAYALL HURLEY, P.C.**
7  A Professional Corporation
   2453 Grand Canal Boulevard
8  Stockton, California 95207-8253
   Telephone: (209) 477-3833
9  MARK E. BERRY, ESQ.
   CA State Bar No: 155091
10
   Attorneys for Defendants,
11 COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW
   San Joaquin County Sheriff's Office Custody Division Sergeant
12 RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody
   Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK
13 RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

14                 **UNITED STATES DISTRICT COURT**

15                 **EASTERN DISTRICT OF CALIFORNIA**

16 JACOB SERVIN, an individual,              )   Case No. 2:20-cv-02445-WBS-KJN
                                             )
17                     Plaintiff,            )   **STIPULATION TO EXTEND DATES IN**
                                             )   **PRETRIAL SCHEDULING ORDER (ECF**
18 vs.                                       )   **NO. 30); ORDER**
                                             )
19 SAN JOAQUIN COUNTY, a public entity; San )
   Joaquin County Sheriff-Coroner PATRICK    )
20 WITHROW, in his individual and official   )
   capacities; San Joaquin County Sheriff's Office )
21 Custody Division Sergeant RUBEN           )
   RODRIGUEZ; San Joaquin County Sheriff's   )
22 Office Custody Line Officers GARRETT      )
   BERGREN, EMMANUEL FLORES, MARIO           )
23 RODRIGUEZ, MARK RODRIGUEZ, and           )
   ZACHARY THOMPSON; San Joaquin County      )
24 Sheriff's Office Custody Line Officers KACEY )
   FOSTER and JANE DOE 9; San Joaquin        )
25 County Sheriff's Office Custody Line Officers )
   JOHN DOES 7, 10, and 11; and DOES 12-70,  )
26 individually, jointly and severally,      )
                                             )
27                     Defendants.           )
   _____   )

28         Plaintiff, by and through his counsel of record, and Defendants, by and through their
   _____
   Page 1
   STIPULATION TO EXTEND PRETRIAL SCHEDULING ORDER (ECF No.  27)

counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the court:

WHEREAS, the Plaintiff filed his First Amended Complaint on December 3, 2021, naming RUBEN RODRIGUEZ, GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER as individual defendants.

WHEREAS, Plaintiff and Defendants long ago completed their initial, Rule 26(a)(1) disclosures, and have both exchanged written discovery requests and responses.

WHEREAS, Defendants' lead counsel, Mark. E. Berry, required emergency hospitalization on September 20, 2022, and remained hospitalized until September 27, 2022.  Mr. Berry suffered a near-fatal double pulmonary embolism with associated bi-lateral pneumonia. Upon Mr. Berry's release from the hospital, he was unable to work and was placed on a limited work schedule until about November 3, 2022, which continued thereafter.

WHEREAS, the undersigned Plaintiff's counsel needed to travel out of town to assist a family member with their recovery after a surgery that took place on November 7, 2022, followed other family responsibilities, which, in total, impacted counsel's availability for at least three weeks due to counsel's limited availability.

WHEREAS, Defendants have taken the Plaintiff's deposition, and Plaintiff's counsel deposed two of the Defendants, Defendant Garrett Bergren, on February 2, 2023, and Kacey Foster, on February 3, 2023. The depositions of the remaining Defendants were noticed for February 7, 2023 - February 9, 2023, but Mr. Berry's schedule was severely impacted, and he was unable to appear for any of the remaining depositions. Additionally, a few of the Defendants were unavailable on the dates on which their deposition had been noticed.

WHEREAS, during this timeframe, Mr. Berry's law firm also became severely short-staffed, with two associates departing; this has caused Mr. Berry's already impacted schedule to become even busier. Consequently, during the week of February 6 - 10, and specifically on February 10, 2023, when the undersigned Plaintiff's counsel was meeting and conferring with Mr. Berry's office for purposes of coordinating the re-scheduling of the depositions of the

remaining individual Defendants, as well as other County witnesses, the undersigned was informed that the soonest date on which Mr. Berry was available (that Mr. Schmidt would also be available) was March 2, 2023. The parties have agreed to hold several dates in the first three weeks of March in their calendars now for these pending depositions that had to be rescheduled, but this will preclude the parties from being able to meet the deadlines in the current schedule, including the March 1, 2023, deadline for Rule 26(a)(2) expert disclosures, and the other, successive dates that follow.

WHEREAS, the defense has conducted a physical examination of Plaintiff by their retained expert, and Mr. Berry and Plaintiff's lead counsel, Mr. Schmidt, have agreed that the Plaintiff will appear on an upcoming date for a mental examination, but still need to finalize the terms of a stipulation for this Rule 35 mental examination of Plaintiff, which will govern the parameters; the exam is scheduled for February 24, 2023, but receiving the ensuing report will take additional time – no less than 30-45 days.

WHEREAS, in order to complete both expert and fact related discovery, to include the Defendants' Rule 35 medical examination of the Plaintiff, as well as for Plaintiff to complete the depositions of the Defendants and other witnesses and simultaneously accommodate the schedules of deponents and counsel as much as possible, and taking into account Mr. Berry's extremely limited availability while his firm is short-staffed, the parties respectfully stipulate and request that the court extend the current deadlines in the Pretrial Scheduling Order by approximately 120-days, as set forth below. Although the parties propose dates for the Pretrial Conference and Jury Trial, the undersigned counsel recognize that the proposed dates may not comport with the Court's calendar and availability; consequently, if the proposed dates are unavailable, counsel understands that the Court may set alternative dates. If possible, counsel requests that the Court advise counsel of available dates for the Pretrial Conference and Jury Trial, and afford counsel the opportunity to submit a joint statement with dates on which counsel are available.

This is the fourth stipulated request by the parties to modify the scheduling order. *See* ECF Nos. 24-27, 29-30.

_____

The following reflects the court's current schedule and the requested extension:

| ACTIVITY | CURRENT DEADLINES | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | March 1, 2023 | June 30, 2023 |
| Expert Rebuttal | April 4, 2023 | August 3, 2023 |
| Discovery Cutoff | May 1, 2023 | August 30, 2023 |
| Last date for filing dispositive motions | May 26, 2023 | September 22, 2023 |
| Pretrial Conference | August 14, 2023, at 1:30 p.m. | December 11, 2023, at 1:30 p.m. |
| Jury Trial | October 31, 2023, at 9:00 a.m. | February 27, 2024, at 9:00 a.m. |

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated:  February 21, 2023

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**THE BOGAN LAW FIRM, PC**


*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  February 21, 2023

Respectfully Submitted,

**MAYALL HURLEY, P.C.**


*/s/ Mark E. Berry\**
By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF
PATRICK WITHROW, San Joaquin County
Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County

1   Sheriff's Office Custody Line Officers GARRETT
2   BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

3

4   *Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

5

6                                    **ORDER**

7        GOOD CAUSE having been shown, the foregoing stipulation for an extension of certain

8   deadlines in the Pretrial Scheduling Order is HEREBY GRANTED, and the dates are reset as

9   follows:

10       Rule 26(a)(2) Expert Disclosure:          June 30, 2023

11       Expert Rebuttal:                          August 3, 2023

12       Discovery Cutoff:                         August 30, 2023

13       Last date for filing dispositive motions: September 22, 2023

14       Pretrial Conference:                      **December 18, 2023, at 1:30 p.m.**

15       Jury Trial:                               **February 27, 2024, at 9:00 a.m.**

16       **IT IS SO ORDERED.**

17   Dated:  February 21, 2023

18                                                WILLIAM B. SHUBB
19                                                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28