Sanjay S. Schmidt, Esq.
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter St., Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Fax: (415) 223-9717
ss@sanjayschmidtlaw.com

Attorneys for Plaintiff,
JACOB SERVIN

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091
mberry@mayallaw.com

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN et al

Tai C. Bogan, Esq.
**THE BOGAN LAW FIRM, PC**
615 13th Street, Suite A
Modesto, CA 95354
Telephone: (209) 566-9591
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

Attorneys for Plaintiff,
JACOB SERVIN

T. Kennedy Helm, IV
**HELM LAW OFFICE, PC**
MacArthur Annex
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
Fax: (510) 350-7359
Kennedy@helmlawoffice.com

Attorneys for Plaintiff,
JACOB SERVIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SERVIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant JOHN DOE 8; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 1-5; San Joaquin County Sheriff's Office Custody Line Officers JANE DOES 6 and 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and DOES 12-70, individually, jointly and severally, <br><br> Defendants. | Case No. 2:20-cv-02445-WBS-KJN <br><br> **STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER** <br> **[ECF No. 36]** |

_____
Page 1
STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

WHEREAS, the parties have engaged in extensive discovery. Plaintiff's counsel has deposed all seven named County of San Joaquin Correctional Officer Defendants, Defendant Bergren, Defendant Foster, Defendant Flores, Defendant Mario Rodriguez, Defendant Thompson, Defendant Mark Rodriguez, and Defendant Ruben Rodriguez. The only named Defendant left to be deposed is the final policymaker and highest ranking official in the chain of command for the County of San Joaquin Sheriff's Office, Defendant Sheriff Patrick Withrow.

WHEREAS, Defense counsel has deposed the Plaintiff and two physicians that treated and/or examined Plaintiff for incident-related injuries. The defense also conducted a Rule 35 physical examination of Plaintiff, on June 22, 2022, and a Rule 35 mental examination of Plaintiff, on February 24, 2023.

WHEREAS, there are depositions on-calendar of civilian witnesses for this Friday, September 15, 2023, and the depositions of CO Lopez, Sheriff's Deputy Yang, and Sheriff Withrow have been set for October 20, 2023, and October 24, 2023.

WHEREAS, the parties have agreed to participate in mediation.

WHEREAS, following meet and confer efforts, the parties selected Russ Wunderli of JudicateWest - Sacramento to act as mediator.

WHEREAS, following meet and confer efforts, the first available date with Mr. Wunderli is December 7, 2023.

WHEREAS, the parties would like to make a good faith effort at mediation prior to incurring the considerable expense of expert disclosure and associated Federal Rule of Civil Procedure 26(a)(2) expert reports, in the event that the case is resolvable.

WHEREAS, in order to avoid the expense associated with expert disclosures and accommodate the mediation date, the parties have agreed to request an adjustment to the pretrial scheduling order.

_____
Page 2
STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

WHEREAS, the parties are requesting that the Court extend the pre-trial scheduling for 90-days; a 60-day extension would normally be sufficient, but it would cause the expert disclosures due date under the present schedule to land on December 29, 2023, approximately three weeks after the mediation date, which would be problematic due to the holidays, and conflicts with the calendar of Plaintiff's lead counsel.

WHEREAS, the parties request the following adjustment to the pre-trial scheduling order.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | October 30, 2023 | January 29, 2024 |
| Expert Rebuttal: | December 1, 2023 | February 29, 2024 |
| Discovery Cutoff | January 5, 2024 | April 4, 2024 |
| Last date for filing dispositive motions: | January 26, 2024 | April 25, 2024 |
| Pretrial Conference | April 22, 2024, at 1:30 p.m. | July 22, 2024 |
| Jury Trial | July 2, 2024, at 9:00 a.m. | September 30, 2024 |

IT IS SO STIPULATED AND AGREED.

Dated:  September 13, 2023                Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**


*/s/ Sanjay S. Schmidt\**
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  September 13, 2023                Respectfully Submitted,

**MAYALL HURLEY, P.C.**

_____

|   |   |
|---|---|
| 1 |                             */s/ Mark E. Berry* |

                                                                          */s/ Mark E. Berry*  
                                                                          By: MARK E. BERRY  
                                                                          Attorneys for Defendants,  
COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW, San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

---

Page 4  
STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

# ORDER

Having read and considered the parties' STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER, ECF No. 36, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and the dates are reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | October 30, 2023 | January 29, 2024 |
| Expert Rebuttal: | December 1, 2023 | February 29, 2024 |
| Discovery Cutoff | January 5, 2024 | April 4, 2024 |
| Last date for filing dispositive motions: | January 26, 2024 | April 25, 2024 |
| Pretrial Conference | April 22, 2024, at 1:30 p.m. | **July 29, 2024, 1:30 p.m.** |
| Jury Trial | July 2, 2024, at 9:00 a.m. | **October 1, 2024 , 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  September 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE