Sanjay S. Schmidt, Esq.
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter St., Suite 810
San Francisco, CA  94109
Telephone: (415) 563-8583
Fax: (415) 223-9717
ss@sanjayschmidtlaw.com

Attorneys for Plaintiff,
JACOB SERVIN

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091
mberry@mayallaw.com

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN et al

Tai C. Bogan, Esq.
**THE BOGAN LAW FIRM, PC**
615 13th Street, Suite A
Modesto, CA  95354
Telephone: (209) 566-9591
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

Attorneys for Plaintiff,
JACOB SERVIN

T. Kennedy Helm, IV
**HELM LAW OFFICE, PC**
MacArthur Annex
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
Fax: (510) 350-7359
Kennedy@helmlawoffice.com

Attorneys for Plaintiff,
JACOB SERVIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SERVIN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant JOHN DOE 8; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 1-5; San Joaquin County Sheriff's Office Custody Line Officers JANE DOES 6 and 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and DOES 12-70, individually, jointly and severally,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-02445-WBS-KJN<br><br>**STIPULATION TO EXTEND RULE 26(a)(2) EXPERT DISCLOSURE AND EXPERT REBUTTAL DEADLINES** |

---

Page 1
STIPULATION TO EXTEND RULE 26(a)(2) EXPERT DISCLOSURE AND EXPERT REBUTTAL DEADLINES

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

WHEREAS, under the current scheduling order, the deadline for service of Federal Rule of Civil Procedure 26(a)(2) Expert Disclosures is January 29, 2024, ECF No. 38 at 5:7, and the Expert Rebuttal deadline is February 29, 2024, ECF No. 38 at 5:8;

WHEREAS, Plaintiff's expert was severely ill for approximately one week last week, causing this expert get significantly behind in their work and precluding the expert from being able to complete their report in this matter;

WHEREAS, the parties have met-and-conferred, and agreed to extend the Rule 26(a)(2) Expert Disclosure deadline by two weeks, in order to afford both sides' experts an additional two weeks to complete their reports;

WHEREAS, the requested, two-week extension of the Rule 26(a)(2) Expert Disclosure deadline requires a corresponding extension of the concomitant Expert Rebuttal deadline of February 29, 2024;

WHEREAS, the intention of the parties is that this stipulation will not impact any of the other, subsequent dates;

WHEREAS, all other dates in the operative scheduling order will remain as set;

WHEREAS, the parties request the following adjustment to the pre-trial scheduling order.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | January 29, 2024 | February 12, 2024 |
| Expert Rebuttal: | February 29, 2024 | March 14, 2024 |

IT IS SO STIPULATED AND AGREED.

Page 2
STIPULATION TO EXTEND RULE 26(a)(2) EXPERT DISCLOSURE AND EXPERT REBUTTAL DEADLINES

| | |
|---|---|
| Dated: January 29, 2024 | Respectfully Submitted, |
| | **LAW OFFICE OF SANJAY S. SCHMIDT**<br>**THE BOGAN LAW FIRM, PC**<br>**HELM LAW OFFICE, PC** |
| | */s/ Sanjay S. Schmidt*<br>By: Sanjay S. Schmidt<br>Attorneys for Plaintiff,<br>JACOB SERVIN |
| Dated: January 29, 2024 | Respectfully Submitted, |
| | **MAYALL HURLEY, P.C.** |
| | */s/ Mark E. Berry\**<br>By: MARK E. BERRY<br>Attorneys for Defendants,<br>COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW, San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER |

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

# [PROPOSED] ORDER

Having read and considered the parties' foregoing stipulation to extend the Rule 26(a)(2) Expert Disclosure deadline and the concomitant Expert Rebuttal deadline, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and these deadlines are reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Disclosure | January 29, 2024 | February 12, 2024 |
| Expert Rebuttal: | February 29, 2024 | March 14, 2024 |

**IT IS SO ORDERED.**

Dated:  01/29/24January 29, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE