Sanjay S. Schmidt, Esq.
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter St., Suite 810
San Francisco, CA  94109
Telephone: (415) 563-8583
Fax: (415) 223-9717
ss@sanjayschmidtlaw.com

Tai C. Bogan, Esq.
**THE BOGAN LAW FIRM, PC**
615 13th Street, Suite A
Modesto, CA  95354
Telephone: (209) 566-9591
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

Attorneys for Plaintiff,
JACOB SERVIN

Attorneys for Plaintiff,
JACOB SERVIN

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091
mberry@mayallaw.com

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN et al

T. Kennedy Helm, IV
**HELM LAW OFFICE, PC**
MacArthur Annex
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
Fax: (510) 350-7359
Kennedy@helmlawoffice.com

Attorneys for Plaintiff,
JACOB SERVIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JACOB SERVIN, an individual,

              Plaintiff,

vs.

SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant JOHN DOE 8; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 1-5; San Joaquin County Sheriff's Office Custody Line Officers JANE DOES 6 and 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and DOES 12-70, individually, jointly and severally,

              Defendants.

Case No. 2:20-cv-02445-WBS-KJN

**STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER [ECF Nos. 38 and 40]**

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

WHEREAS, the parties have engaged in extensive discovery. Plaintiff's counsel has deposed all seven named County of San Joaquin Correctional Officer Defendants, Defendant Bergren, Defendant Foster, Defendant Flores, Defendant Mario Rodriguez, Defendant Thompson, Defendant Mark Rodriguez, and Defendant Ruben Rodriguez. The only named Defendant left to be deposed is the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, Defendant Sheriff Patrick Withrow. Plaintiff has also deposed Correctional Officer Lopez, Sheriff's Deputy Yang, and a civilian witness, one Miguel Villalobos. A different civilian witness was set to be deposed the same day as Mr. Villalobos, one Shirley Ennals, and she was properly served with a deposition subpoena. However, she did not appear for her deposition; consequently, her deposition had to be re-scheduled, and is presently set for 03/08/24.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow, the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, was set to be conducted on February 28, 2024. However, on Monday, February 26, 2024, near the end of the business day, the parties were notified that Sheriff Withrow would be unavailable for his 02/28/24 deposition because he would be going in for an emergency angioplasty on the same day. It is not yet known when Sheriff Withrow will be available to be deposed.

WHEREAS, Defense counsel has deposed the Plaintiff and two physicians that treated and/or examined Plaintiff for incident-related injuries. The defense also conducted a Rule 35 physical examination of Plaintiff, on June 22, 2022, and a Rule 35 mental examination of Plaintiff, on February 24, 2023.

WHEREAS, the parties participated in a mediation session with Russ Wunderli of JudicateWest – Sacramento, on December 7, 2023. The case did not resolve, but settlement discussions have continued.

STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

WHEREAS, on February 12, 2024, both parties timely served their Federal Rule of Civil Procedure 26(a)(2) expert disclosures, per the Court's Order. ECF No. 40.

WHEREAS, the parties have attempted to schedule the depositions of the Plaintiffs' experts and Defendants' experts, but counsel for Defendants, Mr. Berry's, calendar for the remaining days in February and the months of March and April is extremely impacted due to trials and expert depositions in other matters; compounding this problem, the undersigned counsel for Plaintiff is only available on two (2) of the limited dates on which Mr. Berry is available. Consequently, there are insufficient days between now and the close of discovery, April 4, 2024, ECF No. 38 at 5:9, under the current schedule on which to depose both Plaintiff's and Defendants' experts, especially given the demands and limited availability of the experts' schedules, two of whom have busy practices outside of their consultation work as neuropsychologists and one of whom has a busy practice as a forensic pathologist.

WHEREAS, since the parties have made their initial Rule 26(a)(2) expert disclosures, the mediator, Mr. Wunderli, has continued a dialogue with both parties.

WHEREAS, in order to allow sufficient time for the important deposition of Sheriff Withrow to be completed – and it is unknown when he will be available, and in order to allow sufficient time for the parties' experts to be deposed, while also accommodating the need to schedule new dates around pre-existing trial obligations of the undersigned counsel, the parties are requesting that the Court extend the pre-trial scheduling for approximately 90-days. Typically, the parties would have only requested that the dates be extended by ~45-days, assuming Sheriff Withrow will be available to be deposed within that timeframe, but the pretrial conference and jury trial that would have resulted from a 45-day extension of all dates – based on the spacing of the successive dates in the operative schedule – would have conflicted squarely with another trial in this Court (handled by Plaintiff's counsel) that is extremely likely to proceed. The other solution that was contemplated by the undersigned counsel to shorten the requested extension was keeping the present pretrial conference and trial date and compressing the time between the last date for filing dispositive motions and the pretrial conference, if the filing of dispositive motions was not contemplated. However, it has not yet been decided whether any

STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

dispositive motions will be filed, and it is necessary to preserve that option; to that end, the undersigned counsel believes the Court has spaced these dates out – 95-days apart (04/25/24 - 07/29/2024) under the operative schedule – in order to allow adequate time for the Court to issue a ruling on any dispositive motions that might be filed. Thus, it was presumed that maintaining the present spacing of these dates was necessary.

WHEREAS, the parties, therefore, request the following adjustment to the pre-trial scheduling order:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal Disclosure: | March 14, 2024 | June 12, 2024 |
| Discovery Cutoff | April 4, 2024 | July 3, 2024 |
| Last date for filing dispositive motions: | April 25, 2024 | July 24, 2024 |
| Pretrial Conference | July 29, 2024, at 1:30 p.m. | November 4, 2024, at 1:30 p.m. |
| Jury Trial | October 1, 2024, at 9:00 a.m. | January 14, 2025, at 9:00 a.m. |

IT IS SO STIPULATED AND AGREED.

Dated:  March 4, 2024                          Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**

*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiff, JACOB SERVIN

///
///

Dated:  March 4, 2024                    Respectfully Submitted,

**MAYALL HURLEY, P.C.**

*/s/ Mark E. Berry*\*

By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF
PATRICK WITHROW, San Joaquin County
Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County
Sheriff's Office Custody Line Officers GARRETT
BERGREN, EMMANUEL FLORES, MARIO
RODRIGUEZ, MARK RODRIGUEZ, ZACHARY
THOMPSON, and KACEY FOSTER

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

Having read and considered the parties' STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER, ECF Nos. 38 and 40, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and the dates are reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Rule 26(a)(2) Expert Rebuttal Disclosure: | March 14, 2024 | June 12, 2024 |
| Discovery Cutoff | April 4, 2024 | July 3, 2024 |
| Last date for filing dispositive motions: | April 25, 2024 | July 24, 2024 |
| Pretrial Conference | July 29, 2024, at 1:30 p.m. | November 4, 2024, at 1:30 p.m. |
| Jury Trial | October 1, 2024, at 9:00 a.m. | January 14, 2025, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  March 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE