1  Sanjay S. Schmidt, Esq.                  Tai C. Bogan, Esq.
   **LAW OFFICE OF SANJAY S. SCHMIDT**       **THE BOGAN LAW FIRM, PC**
2  1388 Sutter St., Suite 810               615 13th Street, Suite A
   San Francisco, CA  94109                 Modesto, CA  95354
3  Telephone: (415) 563-8583                Telephone: (209) 566-9591
   Fax: (415) 223-9717                      Fax: (209) 566-9668
4  ss@sanjayschmidtlaw.com                  tai.bogan@theboganlawfirm.com

5  Attorneys for Plaintiff,                 Attorneys for Plaintiff,
   JACOB SERVIN                             JACOB SERVIN
6

7  **MAYALL HURLEY, P.C.**                   T. Kennedy Helm, IV
   A Professional Corporation               **HELM LAW OFFICE, PC**
8  2453 Grand Canal Boulevard               MacArthur Annex
   Stockton, California 95207-8253          644 40th Street, Suite 305
9  Telephone: (209) 477-3833                Oakland, CA 94609
   MARK E. BERRY, ESQ.                      Telephone: (510) 350-7517
10 CA State Bar No: 155091                  Fax: (510) 350-7359
   mberry@mayallaw.com                      Kennedy@helmlawoffice.com
11

12 Attorneys for Defendants,                Attorneys for Plaintiff,
   COUNTY OF SAN JOAQUIN et al              JACOB SERVIN

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16
   JACOB SERVIN, an individual,          )  Case No. 2:20-cv-02445-WBS-CSK
17                                        )
                          Plaintiff,      )  **STIPULATION TO EXTEND DATES IN**
18                                        )  **PRETRIAL SCHEDULING ORDER**
   vs.                                    )  **(ECF NO. 42); ORDER**
19                                        )
   SAN JOAQUIN COUNTY, a public entity; San )
20 Joaquin County Sheriff-Coroner PATRICK )
   WITHROW, in his individual and official )
21 capacities; San Joaquin County Sheriff's Office )
   Custody Division Sergeant JOHN DOE 8; San )
22 Joaquin County Sheriff's Office Custody Line )
   Officers JOHN DOES 1-5; San Joaquin County )
23 Sheriff's Office Custody Line Officers JANE )
   DOES 6 and 9; San Joaquin County Sheriff's )
24 Office Custody Line Officers JOHN DOES 7, )
   10, and 11; and DOES 12-70, individually, )
25 jointly and severally,                   )
                                          )
26                        Defendants.      )
   _____)
27

28
   _____
   STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

WHEREAS, the parties have engaged in extensive discovery. Plaintiff's counsel has deposed all seven named County of San Joaquin Correctional Officer Defendants, Defendant Bergren, Defendant Foster, Defendant Flores, Defendant Mario Rodriguez, Defendant Thompson, Defendant Mark Rodriguez, and Defendant Ruben Rodriguez. The only named Defendant left to be deposed is the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, Defendant Sheriff Patrick Withrow. Plaintiff has also deposed Correctional Officer Lopez, Sheriff's Deputy Yang, a civilian witness, one Miguel Villalobos, and a different civilian witness, one Shirley Ennals, who did appear for her deposition, the second time it was set.

WHEREAS, Defense counsel has deposed the Plaintiff and two physicians that treated and/or examined Plaintiff for incident-related injuries. The defense also conducted a Rule 35 physical examination of Plaintiff, on June 22, 2022, and a Rule 35 mental examination of Plaintiff, on February 24, 2023.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow, the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, was first set to be conducted on February 28, 2024. However, on Monday, February 26, 2024, near the end of the business day, the parties were notified that Sheriff Withrow would be unavailable for his 02/28/24 deposition because he would be going in for an emergency angioplasty on the same day. Consequently, the parties had to submit a stipulated request for an extension of the dates in the scheduling order, due to the unavailability of this key witness to be deposed, which the Court granted. *See* ECF Nos. 41-42.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow was re-scheduled for May 22, 2024, but the parties were notified a short time before that date that Sheriff Withrow would again be unavailable for his second scheduled deposition, due to ongoing medical issues. The

parties are told that he will be able to sit for a deposition at some point, but other than the fact that it will be after June 10, 2024, a date certain is not yet known.

WHEREAS, under the current scheduling order, Rule 26(a)(2) Expert Rebuttal Disclosures are due by June 12, 2024.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow is needed by Plaintiff for Plaintiff's Rule 26(a)(2) Expert Rebuttal Disclosures because he is the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office; additionally, Defendant Withrow is likely the person most knowledgeable under Federal Rule of Civil Procedure 30(b)(6) regarding certain issues germane to these disclosures and which are germane to expert discovery. As such, his deposition testimony is indispensable. Due to his present unavailability, and the absence of a date certain by which he will be available, it is necessary to again extend the deadline for Expert Rebuttal Disclosures until a date sufficiently after Defendant Withrow can sit for a deposition, to allow adequate time for the preparation of the transcript, as well as review of that transcript by the experts that need to review and consider it.

WHEREAS, the parties participated in a mediation session with Russ Wunderli of JudicateWest – Sacramento, on December 7, 2023. The case did not resolve, but settlement discussions have continued.

WHEREAS, on February 12, 2024, both parties timely served their Federal Rule of Civil Procedure 26(a)(2) expert disclosures, per the Court's Order. ECF No. 40.

WHEREAS, the mediator, Mr. Wunderli, has continued a dialogue with the parties, and the parties believe that the additional needed time (as a result of Sheriff Withrow's unavailability) will have the added benefit of affording additional time to resume settlement discussions before substantial expenses are incurred on expert discovery and potential dispositive motion practice.

WHEREAS, in order to allow sufficient time for the indispensable deposition of Sheriff Withrow to be completed (and for the transcript to be received) – and the first available date on which he can be deposed is July 11, 2024 – and in order to allow sufficient time for Rule 26(a)(2) rebuttal expert disclosures to be prepared and the parties' experts to thereafter be deposed, while also accommodating the need to schedule new dates around pre-existing trial obligations of the

undersigned counsel, the parties are requesting that the Court extend the pre-trial scheduling for approximately 60-days.

WHEREAS, the parties, therefore, request the following adjustment to the pre-trial scheduling order:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal Disclosure: | June 12, 2024 | August 12, 2024 |
| Discovery Cutoff | July 3, 2024 | September 2, 2024 |
| Last date for filing dispositive motions: | July 24, 2024 | September 23, 2024 |
| Pretrial Conference | November 4, 2024, at 1:30 p.m. | January 27, 2025, at 1:30 p.m. |
| Jury Trial | January 14, 2025, at 9:00 a.m. | April 1, 2025, at 9:00 a.m. |

IT IS SO STIPULATED AND AGREED.

Dated:  June 13, 2024                    Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**


*/s/ Sanjay S. Schmidt*_____
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  June 13, 2024                    Respectfully Submitted,

**MAYALL HURLEY, P.C.**


*/s/ Mark E. Berry*_____
By: MARK E. BERRY
Attorneys for Defendants,

COUNTY OF SAN JOAQUIN, SHERIFF
PATRICK WITHROW, San Joaquin County
Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County
Sheriff's Office Custody Line Officers GARRETT
BERGREN, EMMANUEL FLORES, MARIO
RODRIGUEZ, MARK RODRIGUEZ, ZACHARY
THOMPSON, and KACEY FOSTER

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

# ORDER

Having read and considered the parties' STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER, ECF No. 42, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and the dates are reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Rule 26(a)(2) Expert Rebuttal Disclosure: | June 12, 2024 | August 12, 2024 |
| Discovery Cutoff | July 3, 2024 | September 2, 2024 |
| Last date for filing dispositive motions: | July 24, 2024 | September 23, 2024 |
| Pretrial Conference | November 4, 2024, at 1:30 p.m. | January 27, 2025, at 1:30 p.m. |
| Jury Trial | January 14, 2025, at 9:00 a.m. | April 1, 2025, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE