1  Sanjay S. Schmidt, Esq.
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1388 Sutter St., Suite 810
   San Francisco, CA  94109
3  Telephone: (415) 563-8583
   Fax: (415) 223-9717
4  ss@sanjayschmidtlaw.com

5  Attorneys for Plaintiff,
   JACOB SERVIN

6

7  **MAYALL HURLEY, P.C.**
   A Professional Corporation
8  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
9  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ.
10 CA State Bar No: 155091
   mberry@mayallaw.com

11

12 Attorneys for Defendants,
   COUNTY OF SAN JOAQUIN et al

Tai C. Bogan, Esq.
**THE BOGAN LAW FIRM, PC**
615 13th Street, Suite A
Modesto, CA  95354
Telephone: (209) 566-9591
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

Attorneys for Plaintiff,
JACOB SERVIN

T. Kennedy Helm, IV
**HELM LAW OFFICE, PC**
MacArthur Annex
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
Fax: (510) 350-7359
Kennedy@helmlawoffice.com

Attorneys for Plaintiff,
JACOB SERVIN

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16

17 JACOB SERVIN, an individual,             )  Case No. 2:20-cv-02445-WBS-CSK
                                            )
18                        Plaintiff,        )  **STIPULATION TO EXTEND DATES IN**
                                            )  **PRETRIAL SCHEDULING ORDER**
   vs.                                      )  **(ECF NO. 47); ORDER**
19                                          )
20 SAN JOAQUIN COUNTY, a public entity; San)
   Joaquin County Sheriff-Coroner PATRICK  )
21 WITHROW, in his individual and official  )
   capacities; San Joaquin County Sheriff's Office )
22 Custody Division Sergeant JOHN DOE 8; San )
   Joaquin County Sheriff's Office Custody Line )
23 Officers JOHN DOES 1-5; San Joaquin County )
   Sheriff's Office Custody Line Officers JANE )
24 DOES 6 and 9; San Joaquin County Sheriff's )
   Office Custody Line Officers JOHN DOES 7, )
25 10, and 11; and DOES 12-70, individually, )
   jointly and severally,                   )
26                                          )
                         Defendants.        )
27                                          )

28

_____
Page 1
STIPULATION AND ORDER TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

WHEREAS, the parties have engaged in extensive discovery. Plaintiff's counsel has deposed all seven named County of San Joaquin Correctional Officer Defendants, Defendant Bergren, Defendant Foster, Defendant Flores, Defendant Mario Rodriguez, Defendant Thompson, Defendant Mark Rodriguez, and Defendant Ruben Rodriguez. The only named Defendant left to be deposed is the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, Defendant Sheriff Patrick Withrow. Sheriff Withrow likely is also the Federal Rule of Civil Procedure 30(b)(6) deponent on issues requiring a deposition. Plaintiff has also deposed Correctional Officer Lopez, Sheriff's Deputy Yang, a civilian witness, one Miguel Villalobos, and a different civilian witness, one Shirley Ennals, who did appear for her deposition, the second time it was set.

WHEREAS, Defense counsel has deposed the Plaintiff and two physicians that treated and/or examined Plaintiff for incident-related injuries. The defense also conducted a Rule 35 physical examination of Plaintiff, on June 22, 2022, and a Rule 35 mental examination of Plaintiff, on February 24, 2023.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow, the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office, who also is the person most knowledgeable under Federal Rule of Civil Procedure 30(b)(6) on certain, key issues was first set to be conducted on February 28, 2024. However, on Monday, February 26, 2024, near the end of the business day, the parties were notified that Sheriff Withrow would be unavailable for his 02/28/24 deposition because he would be going in for an emergency angioplasty on the same day. Consequently, the parties had to submit a stipulated request for an extension of the dates in the scheduling order, due to the unavailability of this key witness to be deposed, which the Court granted. *See* ECF Nos. 41-42.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow was re-scheduled for May

STIPULATION AND ORDER TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

22, 2024, but the parties were notified a short time before that date that Sheriff Withrow would again be unavailable for his second scheduled deposition, due to ongoing medical issues. Sheriff Withrow's deposition was subsequently rescheduled for the first available date on which he could sit for a deposition after being medically cleared, which was July 12, 2024, but his counsel became unavoidably unavailable on that date.

Since then, defense counsel's legal assistant and office has worked extremely diligently to obtain dates from Sheriff Withrow and coordinate with Plaintiff's counsel to get the deposition back on calendar, but the only date that was offered by Sheriff Withrow's office before August 30, 2024, was August 7, 2024, and by the time it was proposed, on July 30, 2024, unfortunately, Plaintiff's counsel was not available on that day. All parties have endeavored in good faith to complete this deposition.

Fortunately, it appears that Sheriff Withrow is now medically cleared to sit for a deposition, so the only remaining issue is finding a date on his busy schedule on which counsel for both Plaintiffs and Defendants are also available.

Defendant Sheriff Withrow's deposition is needed in order to conclude the discovery in this matter because it is needed for Federal Rule of Civil Procedure 26(a)(2) rebuttal expert witness disclosures. His testimony both in his individual capacity and his capacity as the person most knowledgeable, under Fed. R. Civ. P. 30(b)(6), is needed in order to complete rebuttal expert witness disclosures. Other than the deposition of Sheriff Withrow and the needed Rule 30(b)(6) deposition, all other discovery in this case was completed many months ago.

WHEREAS, under the current scheduling order, Rule 26(a)(2) Expert Rebuttal Disclosures are due by August 12, 2024. ECF No. 47 at 5:14-15.

WHEREAS, the deposition of Defendant Sheriff Pat Withrow is needed by Plaintiff for Plaintiff's Rule 26(a)(2) Expert Rebuttal Disclosures because he is the final policymaker and highest-ranking official in the chain of command for the County of San Joaquin Sheriff's Office; additionally, Defendant Withrow is likely the person most knowledgeable under Federal Rule of Civil Procedure 30(b)(6) regarding certain issues germane to these disclosures and which are directly germane to expert discovery and trial. As such, his deposition testimony is indispensable to the

completion of discovery in this complex case. Due to the foregoing circumstances, unfortunately, it is necessary to again extend the deadline for Expert Rebuttal Disclosures until a date sufficiently after Defendant Withrow can sit for a deposition, to allow adequate time for the preparation of the transcript, as well as review of that transcript by the experts that need to review and consider it.

WHEREAS, the parties participated in a mediation session with Russ Wunderli of JudicateWest – Sacramento, on December 7, 2023. The case did not resolve, but settlement discussions have continued.

WHEREAS, on February 12, 2024, both parties timely served their Federal Rule of Civil Procedure 26(a)(2) expert disclosures, per the Court's Order. ECF No. 40.

WHEREAS, the mediator, Mr. Wunderli, has continued a dialogue with the parties, and the parties believe that the additional needed time (as a result of Sheriff Withrow's ongoing unavailability to be deposed and the extreme difficulty in scheduling a date on which all counsel can be available from among the very limited dates on which he is available) will have the added benefit of affording additional time to continue settlement discussions before substantial expenses are incurred on expert discovery and potential dispositive motion practice.

WHEREAS, in order to allow sufficient time for the indispensable deposition of Sheriff Withrow to be completed (and for the transcript to be received) and in order to allow sufficient time for Rule 26(a)(2) rebuttal expert disclosures to be prepared and the parties' experts to thereafter be deposed, while also accommodating the need to schedule new dates around pre-existing trial obligations of the undersigned counsel, the parties are requesting that the Court extend the pre-trial scheduling by approximately 75-days. Counsel and the parties are very optimistic this will be the last such request since Sheriff Withrow's health appears to have stabilized now.

WHEREAS, the parties, therefore, request the following adjustment to the pre-trial scheduling order:

//

//

Page 4
STIPULATION AND ORDER TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal Disclosure: | August 12, 2024 | October 25, 2024 |
| Discovery Cutoff | September 2, 2024 | November 15, 2024 |
| Last date for filing dispositive motions: | September 23, 2024 | December 2, 2024 |
| Pretrial Conference | January 27, 2025, at 1:30 p.m. | April 21, 2025, at 1:30 p.m. |
| Jury Trial | April 1, 2025, at 9:00 a.m. | June 17, 2025, at 9:00 a.m. |

IT IS SO STIPULATED AND AGREED.


Dated:  August 15, 2024                           Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**


*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  August 15, 2024                           Respectfully Submitted,

**MAYALL HURLEY, P.C.**


*/s/ Mark E. Berry**
By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF
PATRICK WITHROW, San Joaquin County
Sheriff's Office Custody Division Sergeant
RUBEN RODRIGUEZ, San Joaquin County
Sheriff's Office Custody Line Officers GARRETT
BERGREN, EMMANUEL FLORES, MARIO
RODRIGUEZ, MARK RODRIGUEZ, ZACHARY
THOMPSON, and KACEY FOSTER

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

# **ORDER**

Having read and considered the parties' STIPULATION TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER, ECF No. 47, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and the dates are reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal Disclosure: | August 12, 2024 | October 25, 2024 |
| Discovery Cutoff | September 2, 2024 | November 15, 2024 |
| Last date for filing dispositive motions: | September 23, 2024 | December 2, 2024 |
| Pretrial Conference | January 27, 2025, at 1:30 p.m. | April 21, 2025, at 1:30 p.m. |
| Jury Trial | April 1, 2025, at 9:00 a.m. | June 17, 2025, at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED:  August 15, 2024.

_____

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DATES IN PRETRIAL DISCOVERY ORDER