| | |
|---|---|
| Sanjay S. Schmidt, Esq.<br>**LAW OFFICE OF SANJAY S. SCHMIDT**<br>1388 Sutter St., Suite 810<br>San Francisco, CA 94109<br>Telephone: (415) 563-8583<br>Fax: (415) 223-9717<br>ss@sanjayschmidtlaw.com | Tai C. Bogan, Esq.<br>**THE BOGAN LAW FIRM, PC**<br>615 13th Street, Suite A<br>Modesto, CA 95354<br>Telephone: (209) 566-9591<br>Fax: (209) 566-9668<br>tai.bogan@theboganlawfirm.com |
| Attorneys for Plaintiff,<br>JACOB SERVIN | Attorneys for Plaintiff,<br>JACOB SERVIN |
| **MAYALL HURLEY, P.C.**<br>A Professional Corporation<br>2453 Grand Canal Boulevard<br>Stockton, California 95207-8253<br>Telephone: (209) 477-3833<br>MARK E. BERRY, ESQ.<br>CA State Bar No: 155091<br>mberry@mayallaw.com | T. Kennedy Helm, IV<br>**HELM LAW OFFICE, PC**<br>MacArthur Annex<br>644 40th Street, Suite 305<br>Oakland, CA 94609<br>Telephone: (510) 350-7517<br>Fax: (510) 350-7359<br>Kennedy@helmlawoffice.com |
| Attorneys for Defendants,<br>COUNTY OF SAN JOAQUIN et al | Attorneys for Plaintiff,<br>JACOB SERVIN |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SERVIN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-02445-WBS-KJN<br><br>**STIPULATION TO EXTEND RULE 26(a)(2) EXPERT REBUTTAL DEADLINE** |

　　　　Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the Court:

　　　　**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

　　　　WHEREAS, the parties have already, long ago, made their Federal Rule of Civil Procedure 26(a)(2) expert disclosures, which were served on February 12, 2024;

WHEREAS, under the current scheduling order, the deadline for service of Federal Rule of Civil Procedure 26(a)(2) rebuttal expert reports is October 25, 2024, ECF No. 49 at 6:7;

WHEREAS, due to a long-term health condition that precluded Defendant Sheriff Pat Withrow from being deposed, coupled with the impacted schedules of counsel for both Plaintiff and Defendants, Defendant Withrow's deposition could not be completed until September 17, 2024, for which the transcript was not completed and received until October 7, 2024;

WHEREAS, the persons most knowledgeable under Federal Rule of Civil Procedure 30(b)(6) for the County of San Joaquin on two separate topic areas are set to be deposed on October 28, 2024, and November 4, 2024, which depositions had to occur *after* the deposition of Sheriff Withrow and which dates were the soonest dates available, due to the highly impacted schedules of counsel and the limited availability of the deponents;

WHEREAS, these Federal Rule of Civil Procedure 30(b)(6) depositions will be completed after the present deadline for Federal Rule of Civil Procedure 26(a)(2) rebuttal expert reports, October 25, 2024;

WHEREAS, in order to facilitate the opportunity for Federal Rule of Civil Procedure 26(a)(2) rebuttal expert reports that can take into account the testimony of the Rule 30(b)(6) deponents, if appropriate, the deadline for service of Federal Rule of Civil Procedure 26(a)(2) rebuttal expert reports must be extended;

WHEREAS, the intention of the parties is that this stipulation will not impact any of the other, subsequent dates;

WHEREAS, all other dates in the operative scheduling order will remain as set;

WHEREAS, the parties request the following adjustment to the pre-trial scheduling order.

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal: | October 25, 2024 | November 22, 2024 |

WHEREAS, the parties, through their undersigned counsel, further stipulate that, if either side serves a rebuttal expert report of a new expert or an already disclosed expert, which prompts counsel for the opposing party to wish to depose such expert or to depose an already deposed expert on any new subjects or opinions not covered at their deposition, the disclosing party will produce such expert for a deposition at a mutually agreeable time, notwithstanding the discovery cutoff of November 15, 2024.

IT IS SO STIPULATED AND AGREED.

Dated:  November 1, 2024               Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**


/s/ Sanjay S. Schmidt
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  November 1, 2024               Respectfully Submitted,

**MAYALL HURLEY, P.C.**


/s/ Mark E. Berry*
By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW, San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

**[PROPOSED] ORDER**

Having read and considered the parties' foregoing stipulation to extend the Rule 26(a)(2) Expert Rebuttal deadline, GOOD CAUSE having been shown, the foregoing stipulation is HEREBY GRANTED, and this deadline is reset as follows:

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(2) Expert Rebuttal: | October 25, 2024 | November 22, 2024 |

**IT IS SO ORDERED.**

Dated:  November 1, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, serv2445.20

---

Page 4
STIPULATION TO EXTEND RULE 26(a)(2) EXPERT REBUTTAL DEADLINE