| | |
|---|---|
| Sanjay S. Schmidt, Esq.<br>**LAW OFFICE OF SANJAY S. SCHMIDT**<br>1388 Sutter St., Suite 810<br>San Francisco, CA 94109<br>Telephone: (415) 563-8583<br>Fax: (415) 223-9717<br>ss@sanjayschmidtlaw.com | Tai C. Bogan, Esq.<br>**THE BOGAN LAW FIRM, PC**<br>615 13th Street, Suite A<br>Modesto, CA 95354<br>Telephone: (209) 566-9591<br>Fax: (209) 566-9668<br>tai.bogan@theboganlawfirm.com |
| Attorneys for Plaintiff,<br>JACOB SERVIN | Attorneys for Plaintiff,<br>JACOB SERVIN |
| **MAYALL HURLEY, P.C.**<br>A Professional Corporation<br>2453 Grand Canal Boulevard<br>Stockton, California 95207-8253<br>Telephone: (209) 477-3833<br>MARK E. BERRY, ESQ.<br>CA State Bar No: 155091<br>mberry@mayallaw.com | T. Kennedy Helm, IV<br>**HELM LAW OFFICE, PC**<br>MacArthur Annex<br>644 40th Street, Suite 305<br>Oakland, CA 94609<br>Telephone: (510) 350-7517<br>Fax: (510) 350-7359<br>Kennedy@helmlawoffice.com |
| Attorneys for Defendants,<br>COUNTY OF SAN JOAQUIN, SHERIFF PATRICK WITHROW, San Joaquin COUNTY Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin COUNTY Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER | Attorneys for Plaintiff,<br>JACOB SERVIN |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SERVIN, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; San Joaquin COUNTY Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin COUNTY Sheriff's Office Custody Division Sergeant JOHN DOE 8; San Joaquin COUNTY Sheriff's Office Custody Line Officers JOHN DOES 1-5; San Joaquin COUNTY Sheriff's Office Custody Line Officers JANE DOES 6 and 9; San Joaquin COUNTY Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and | Case No. 2:20-CV-02445-WBS-CSK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE IN VIEW OF SETTLEMENT AND PERFORMANCE OF SETTLEMENT TERMS** |

Page 1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | DOES 12-70, individually, jointly, and severally, ) ) |
| 2 | ) Defendants. |

The parties – Plaintiff JACOB SERVIN and the Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW, RUBEN RODRIGUEZ, GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER (collectively referred to as "Defendants") herein sued as SHERIFF PATRICK WITHROW, San Joaquin COUNTY Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ, San Joaquin COUNTY Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, ZACHARY THOMPSON, and KACEY FOSTER, in view of the full and final settlement of the case and in view of receipt of the settlement proceeds by Plaintiff from Defendants, respectfully stipulate to the dismissal of this entire action, with prejudice, with all parties to bear their own costs and fees, relating to all claims alleged by and against all parties therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated:  April 8, 2025                             Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**THE BOGAN LAW FIRM, PC**
**HELM LAW OFFICE, PC**

*/s/ Sanjay S. Schmidt   (as authorized 4/7/25)*
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
JACOB SERVIN

Dated:  April 8, 2025                             Respectfully Submitted,

**MAYALL HURLEY, P.C.**


*/s/ Mark E. Berry*
By: MARK E. BERRY
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN et al

_____
Page 2

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

# ORDER

Having considered the Parties' Stipulation, and good cause having been shown, the Parties' Stipulation is GRANTED. This action is hereby dismissed with prejudice, pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(A)(ii). Accordingly, this case, is closed with each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: April 8, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Page 3

**STIPULATION FOR DISMISSAL WITH PREJUDICE**